UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:17-CR-0055 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| CLAY ANTHONY ROBERTSON | * | MAG. JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, CLAY ANTHONY ROBERTSON, is ACCEPTED and he is finally adjudged guilty of the offenses charged in Counts 2 and 3 of the indictment consistent with the report and recommendation.

Shreveport, Louisiana, this 14th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE